Dismissed and Memorandum Opinion filed June 26, 2008








 

Dismissed
and Memorandum Opinion filed June 26, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00846CR

____________

 

TODD D. WOODS,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



On Appeal from the 262nd District
Court

Harris County, Texas

Trial Court Cause No.
1126040



 

M E M O R A N D U M   O P I N I O N

A
written request to withdraw the notice of appeal, personally signed by
appellant, has been filed with this Court.  See Tex. R. App. P. 42.2.  Because this Court has not delivered
an opinion, we grant appellant=s request.

Accordingly,
we order the appeal dismissed.  We direct the Clerk of the Court to issue the
mandate of the Court immediately.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed June 26, 2008.

Panel consists of Justices Frost,
Seymore, and Guzman.

Do not publish C Tex.
R. App. P. 47.2(b).